## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE



**Randall C. Lohan**
Clerk of Court

**Robert L. Rebeck**
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

June 9, 2025

Prieur Leary
2121 Biscayne Blvd.
Suite 1707
Miami, FL 3313

      RE:    C.A. No. 25-00714 (UNA)
                Counsel for Artificial Entity / Delaware Counsel

Dear Mr. Leary:

      The District of Delaware is in receipt of and has docketed your Complaint. The Complaint indicates that you, an individual, represent the company. Please be advised that an artificial entity can only appear in Federal Court through licensed counsel.[1]

      Further, pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, it is required that all parties associate themselves with Delaware counsel. Local Rule 83.5 (d) and (e) read as follows:

> (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers.

---

[1] "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities." *Van De Berg v. Comm'r*, 175 F. App'x 539, 541 (3d Cir. 2006) (citing *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993)).

Prieur Leary
June 9, 2025
Page 2

> Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.
>
> (e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:
>
>> (1) The filing of the first paper filed on its behalf; or
>> (2) The filing of a case transferred or removed to this Court.
>
> Failure to timely obtain such representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

Therefore, please obtain counsel for Mintvest Capital, Ltd and have Delaware counsel enter an appearance on or before 07/09/2025.

Sincerely,

Randall C. Lohan
CLERK OF COURT

/mrr