**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEW YORK DIGITAL INVESTMENT GROUP LLC, NYDIG TRUST COMPANY LLC, NYDIG MINING LLC, and STONE RIDGE HOLDINGS GROUP LP, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> MINTVEST CAPITAL, LTD., <br><br> *Defendant*. | C.A. No. 25-cv-714-MN |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO REMAND AND FOR REIMBURSEMENT OF
REASONABLE ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1447(c)**

Having considered Plaintiffs' Motion to Remand and for Reimbursement of Reasonable

Attorneys' Fees Pursuant to 28 U.S.C. § 1447(c) (the "Motion"), it is hereby ORDERED that:

1.    The Motion is GRANTED, and the above-captioned action is hereby remanded to

the Superior Court of Delaware;

2.    Pursuant to 28 U.S.C. § 1447(c), Plaintiffs' counsel is awarded attorneys' fees

associated with this Motion.


SO ORDERED this _____ day of _____, 2025


_____
The Honorable Maryellen Noreika
United States District Judge