# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NEW YORK DIGITAL INVESTMENT
GROUP LLC, NYDIG TRUST COMPANY
LLC, NYDIG MINING LLC, and STONE
RIDGE HOLDINGS GROUP LP,

    Plaintiffs,

v.

MINTVEST CAPITAL, LTD.,

    Defendant.

C.A No. 25-00714 MN

## MOTION FOR AN EXTENSION OF TIME

TO THE HONORABLE COURT:

    COMES NOW Defendant Mintvest Capital, Ltd. and very respectfully states and prays:

    1.    Defendant's Opposition to the Motion for Remand is past due, but Defendant was unable to file the motion because of family health matters have prevented them from completing the motion.

    2.    Defendant asks for a brief two-week extension of time to file its Opposition.

    **WHEREFORE,** Mintvest Capital seeks an extension of time until August 14, 2025 to file its Opposition to the Motion for Remand.

Dated: August 4, 2025

        Respectfully submitted,

        **JACK SHRUM, P.A.**

        /s/   *Jack Shrum*
        "J" Jackson Shrum (#4757)
        919 N. Market Street, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 543-7551
        Telecopier: (302) 543-6386
        Email: Jshrum@jshrumlaw.com
        *Attorney for Defendant*

Case 1:25-cv-00714-MN   Document 16   Filed 08/04/25   Page 3 of 3 PageID #: 364